IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CLUB EXCELLENCE, INC.,<br>    Plaintiff, | §<br>§<br>§ |
| v. | § |
| COMTRAN INTERNATIONAL, INC., and<br>MORRIS D. JAFFE, JR.<br>    Defendants and Third-Party Plaintiffs, | §<br>§<br>§<br>§    Cause No. 1:13-cv-00010-JRN |
| JETRAN, LLC,<br>    Third-Party Plaintiff, | §<br>§<br>§ |
| v. | § |
| VISION ASSET CO., LLC<br>    Third-Party Defendant. | §<br>§<br>§ |

## NOTICE OF SATISFACTION OF JUDGMENT

WHEREAS, a Judgment was entered in the above action on February 12, 2014 in favor of Plaintiff Club Excellence, Inc. and against Defendants Comtran International, Inc. and Morris D. Jaffe, Jr. in the amount of $200,000.00 with interest accruing thereon at the rate of five percent (5%) per annum from the 12th day of February, 2014 with costs to be taxed, and an Abstract of Judgment on said Judgment was issued on August 7, 2014, and said Judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and requested by Club Excellence, Inc. to cancel and discharge the Judgment and to make an entry of the full and complete satisfaction on the docket of said Judgment.

Dated: September 9, 2014.

_____
**ALLAN B. DIAMOND**
State Bar No. 05801800
adiamond@diamondmccarthy.com
**J. MAXWELL BEATTY**
State Bar No. 24051740
mbeatty@diamondmccarthy.com
DIAMOND MCCARTHY LLP
909 Fannin Street, Suite 1500
Houston, Texas 77010
Tel: (713) 333-5100
Fax: (713) 333-5199

**ATTORNEYS FOR CLUB EXCELLENCE, INC.**

{W0631987.2}