United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Beatty, J. Maxwell |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, September 10, 2014 |
| Re: | 01:13-CV-00010-JRN / Doc # 60 / Filed On: 09/10/2014 10:24 AM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) No certificate of service was included in pleading. Please file ONLY the certificate of service in the form of a pleading using the "Certificate of Service" event located under the 'Service of Process' menu.
   Remarks: File a Certificate of Service as a SEPARATE PLEADING, including a Cover page with proper heading, case style, case number and document title. File using the "Certificate of Service" Event located under the "Service of Process" menu. Link the Certificate of Service to the Original Pleading.