IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CLUB EXCELLENCE, INC.,<br> Plaintiff,<br><br>v.<br><br>COMTRAN INTERNATIONAL, INC.,<br>and MORRIS D. JAFFE, JR.<br> Defendants and Third-Party Plaintiffs,<br><br>JETRAN, LLC,<br> Third-Party Plaintiff,<br><br>v.<br><br>VISION ASSET CO., LLC<br> Third-Party Defendant. | §§§§§§§§§§§§§§§§§§§ | Cause No. 1:13-cv-00010-JRN |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Satisfaction of Judgment (Dkt. No. 60) was served by the Court's ECF system, electronic transmission and U.S. Mail, first class, postage prepaid, on the 10th day of September 2014, to counsel for the Defendants at the following address:

    Jeff Miller
    jmiller@abaustin.com
    ARMBRUST & BROWN, PLLC
    100 Congress Avenue, Suite 1300
    Austin, Texas 78701

Dated: September 10, 2014

    */s/ J. Maxwell Beatty*
    J. Maxwell Beatty, TX. Bar No. 24051740
    mbeatty@diamondmccarthy.com
    DIAMOND MCCARTHY LLP
    909 Fannin Street, Suite 1500
    Houston, Texas 77010

Tel: 713-333-5100
*Attorneys for Club Excellence, Inc.*

{W0604334.1}